David J. Kaminski (SBN 128509)
KaminskiD@cmtlaw.com
Martin Schannong (SBN 243297)
SchannongM@cmtlaw.com
**CARLSON & MESSER LLP**
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
*MIDWEST RECOVERY SYSTEMS, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHAR SENGEL, | CASE NO. 5:20-cv-01302 |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| vs. | |
| MIDWEST RECOVERY SYSTEMS, LLC, | New Response Date: September 22, 2020 |
| Defendant. | |

IT IS HEREBY STIPULATED between Plaintiff BAHAR SENGEL ("Plaintiff") and Defendant MIDWEST RECOVERY SYSTEMS, LLC ("Defendant"), through their respective counsel, as follows:

Defendant shall have an extension of time, up to and including September 22, 2020, within which to respond to Plaintiff's Complaint on file herein. This stipulation may be filed without approval of the Court in accordance with Local Rule 6-1.

{00139064;1}

1

1  Dated:  September 8, 2020          WAJDA LAW GROUP, APC
2
3                                      s/ Nicholas M. Wajda
                                       Nicholas M. Wajda
4                                      Attorneys for Plaintiff
                                       *BAHAR SENGEL*
5
6  Dated:  September 8, 2020          CARLSON & MESSER LLP
7
8                                      s/ David J. Kaminski
                                       David J. Kaminski
9                                      Attorneys for Defendant,
                                       *MIDWEST RECOVERY SYSTEMS, LLC*
10

## ATTESTATION AND CERTIFICATE OF SERVICE

I, David J. Kaminski, am the ECF user whose identification and password are being used to file the Stipulation and Order to Extend Deadlines. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Stipulation provided their authority and concurrence to file that document.

Dated: September 8, 2020			CARLSON & MESSER LLP

						s/ David J. Kaminski
						David J. Kaminski
						Attorneys for Defendant,
						*MIDWEST RECOVERY SYSTEMS, LLC*