**SULAIMAN LAW GROUP, LTD**
Alejandro E. Figueroa (State Bar No. 332132)
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
alejandrof@sulaimanlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHAR SENGEL, | Case No. 5: 20-cv-01302-CBM-SPx |
| Plaintiff, | **ORDER** **[JS-6]** |
| v. | |
| MIDWEST RECOVERY SYSTEMS, LLC, | |
| Defendant. | |

## ORDER ON DISMISSAL WITH PREJUDICE

Plaintiff, BAHAR SENGEL ("Plaintiff"), by and through his undersigned attorney, having filed with this Court his Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: AUGUST 20, 2021

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE